

**Entered on Docket
July 08, 2011**

_____
           **Hon. Bruce A. Markell
      United States Bankruptcy Judge**

---

George Haines, Esq.  
Nevada Bar No. 9411  
David Krieger, Esq.  
Nevada Bar No. 9086  
HAINES & KRIEGER, LLC  
5041 N. Rainbow Blvd.  
Las Vegas, NV 89130  
Phone: (702) 880-5554  
FAX: (702) 385-5518  
Email: info@hainesandkrieger.com  
Attorney for Larry Graves and Deborah Young's-Graves

E-FILED: June 29, 2011

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re:                                              | ) Case No. BKS-11-10364-BAM |
|                                                     | ) Chapter 13                |
|                                                     | )                           |
|                                                     | ) Hearing Date: June 28, 2011 |
| **Larry Graves and Deborah Young's-Graves**,        | ) Hearing Time: 2:30 P.M.   |
|                                                     | )                           |
|                     Debtor(s).                      | )                           |

### ORDER ON DEBTORS' MOTION TO IMPOSE THE AUTOMATIC STAY TO ALL CREDITORS

**THE DEBTORS' MOTION TO IMPOSE THE AUTOMATIC STAY TO ALL CREDITORS** filed by the Debtors, having come on for hearing on the date and time above, the Court having considered any objections filed or raised at the hearing, the

- 1 -

- 2 -

Court having considered the Affidavit of Deborah Graves (Docket No. 48-2), it is hereby:

    ORDERED that:

1.    This stay under § 362(a) shall continue to be imposed as to <u>all</u> creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under § 362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d) or other Order.

    Dated: June 29, 2011

                                      /s/George Haines, Esq.
                                      George Haines, Esq.
                                      Attorney for Debtor(s)

/./././

**ALTERNATIVE METHOD re: RULE 9021**:

      In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_ The court has waived the requirement of approval under LR 9021.

\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Approved:

    Disapproved:

    Failed to Respond:

\_X\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted By:
/s/George Haines, Esq.
George Haines, Esq.
Attorney for Debtor(s)

                                                         ###